UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAFFAR Y. OLIVER,

           Petitioner,

  v.

AUDREY KING,

           Respondent.

Case No. 16-cv-03800-MEJ (PR)

**ORDER OF TRANSFER**

Petitioner has filed a form habeas petition under 28 U.S.C. § 2254.  It appears from the petition that he has been civilly committed to Coalinga State Hospital in Coalinga, California, under California's Sexual Violent Predator Act ("SVPA").  See Cal. Welf. & Inst. Code 6600, et seq.

Venue for a habeas action is proper in either the district of confinement or the district of conviction.  28 U.S.C. § 2241(d).  The petition indicates that the commitment proceedings are in Solano County, which lies within the venue of the Eastern District of California, and petitioner is confined in Fresno County, which is also in the Eastern District.  See 28 U.S.C. 84(b).  Accordingly, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this petition is TRANSFERRED to the United States District Court for the Eastern District of California.

The Clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 20, 2016

MARIA-ELENA JAMES  
United States Magistrate Judge